UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE DICKERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>GEORGIA-PACIFIC GYPSUM LLC,<br><br>  Defendant. | Case No. 15-cv-02979-JST<br><br>**ORDER DENYING REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Re: ECF No. 15 |

On September 29, 2015, the Court received Plaintiff's counsel's request to appear by telephone for the initial case management conference scheduled for October 7, 2015. ECF No. 15. Plaintiff's counsel request that Attorney Tania B. Rose specially appear at the conference and that Ms. Rose appear telephonically. The requests are denied.

The parties will advise the Court of dates and times they will be available for the initial case management conference in lieu of the October 7, 2015 date. The Court will grant the request to appear by telephone for counsel if they are still in trial.

IT IS SO ORDERED.

Dated: September 29, 2015

_____
JON S. TIGAR
United States District Judge