STEPEHEN M. MURPHY   (No. 103768)
P. BOBBY SHUKLA   (No. 229736)
LAW OFFICES OF STEPHEN M. MURPHY
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
Tel.:   (415) 986-1338
Fax:   (415) 986-1338

Attorneys for Plaintiff
TYRONE DICKERSON


KILPATRICK TOWNSEND & STOCKTON LLP
SUSAN W. PANGBORN (State Bar No. 282533)
spangborn@kilpatricktownsend.com
KENDRA C. CHAPMAN (State Bar No. 294030)
kchapman@kilpatricktownsend.com
Two Embarcadero Center, Eighth Floor
San Francisco, CA  94111
Telephone:  (415) 576-0200
Facsimile:   (415) 576-0300

Attorneys for Defendant
GEORGIA-PACIFIC GYPSUM LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE DIDCKERSON,<br><br>Plaintiff,<br><br>v.<br><br>GEORGIA-PACIFIC GYPSUM, LLC and DOES ONE through TWENTY, inclusive,<br><br>Defendants. | NO. C-14-01082 ~~TEH~~ JST<br><br>**[PROPOSED]** **ORDER FOR EXTENDING THE DEADLINE TO COMPLETE MEDIATION**<br><br>Complaint Filed:   May 8, 2015<br>Trial Date:           September 26, 2016<br>Judge:                 Hon. Jon S. Tigar |

**IT IS HEREBY ORDERED THAT:**

The deadline to complete Mediation in the above-captioned case is continued from January 7, 2016 to January 29, 2016.

Date: <u>January 6, 2016</u>

