UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TYRONE DICKERSON,

    Plaintiff,

  v.

GEORGIA-PACIFIC GYPSUM LLC,

    Defendant.

Case No. 15-cv-02979-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: ECF No. 30

The parties have filed a stipulation of dismissal dated April 11, 2016, stating that they have agreed to dismiss the action with prejudice, with each party to bear its own attorneys' fees and costs. ECF No. 30. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: April 11, 2016

                              JON S. TIGAR
                              United States District Judge